### (February 4, 1948.)

HEDWIG A. KENNEDY v. JAMES B. KENNEDY.— Motion for leave to appeal to the Court of Appeals dismissed on the ground that it is premature. No judgment of affirmance has been entered on the order of this court. (See Civ. Prac. Act, § 589, subd. 2, par. [a].) Motion for reargument denied. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 759; *post*, p. 957.]

### (February 9, 1948.)

EDWARD C. HILMAN et al., Appellants-Respondents, v. JOHN H. AWTRY, Individually and as Copartner Who Formerly Did Business with Plaintiffs under the Name of JOHN H. AWTRY & COMPANY, now in Dissolution, Respondent-Appellant.— Orders unanimously affirmed, without costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

EDWARD GREENBERG, Appellant, v. MANDRAY REALTY CORP. et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MAE E. ANDREWS, Respondent, v. MARTHA DEVINE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORN AND HARDART COMPANY, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. [50 W. 33rd St., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by reducing the assessments for the years 1944–45 and 1945–46 as follows: lands, $160,000; building, $70,000; total, $230,000, and as so modified affirmed, without costs. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

### (February 10, 1948.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. A. REALTY CORP., Respondent, against HARRY B. CHAMBERS et al., Appellants. [67–73 W. 44th St., Borough of Manhattan.] (See page 1031 for omitted decision.)